■ TAMARA BETHEIL-SPITZ et al., Respondents, v EDWIN LIN-
ARES et al., Appellants. [715 NYS2d 338] —Motion by the respon-
dents on an appeal from an order of the Supreme Court, Suf-
folk County, dated June 15, 1999, to dismiss the appeal as
academic in light of a decision and order of the same court
dated October 28, 1999. By decision and order on motion of
this Court dated May 10, 2000, the motion was held in abey-
ance and referred to the Justices hearing the appeal for deter-
mination upon the argument or submission thereof.

Upon the papers filed in support of the motion, the papers
filed in opposition thereto, and upon the argument of the ap-
peal, it is

Ordered that the motion is denied as academic in light of our
determination of the appeal. Sullivan, J. P., S. Miller, H. Miller
and Smith, JJ., concur.